# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, </br></br> Plaintiff, </br></br> v. </br></br> CAPTAIN'S CONCRETE, INC., </br> an Illinois corporation, </br></br> Defendant. | No. 2022 C 1308 </br></br> Judge Sharon Johnson Coleman </br></br> Magistrate Judge Jeffrey Gilbert |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Defendant has failed to appear, plead or otherwise defend the withdrawal liability action as shown in the attached Affidavits. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on March 11, 2022 for collection of withdrawal liability plus attorneys' fees, costs and interest under 29 U.S.C. 1451(e) and 1132(g)(2).

2. Service upon CAPTAIN'S CONCRETE, INC., an Illinois corporation was made on the Secretary of State on April 6, 2022 and a copy of the proof of service was filed with the court on April 7, 2022. Defendant has failed to appear, plead or otherwise defend. The time to do so ran April 27, 2022.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits the sums due are:

| | |
|---:|---|
| $106,190.00 | Pension withdrawal liability |
| $1,250.00 | Attorneys fees |
| <u>$475.00</u> | Court costs |
| $107,915.00 | |

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, CAPTAIN'S CONCRETE, INC., an Illinois corporation, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $107,915.00.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION FUND

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 29 2022

2